JS-6

1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                                    | Case No.  CV 16-05975-AB (JCx)
11  Unicolors, Inc.                   |
12              Plaintiff,            | [PROPOSED] ORDER DISMISSING
                                      | CIVIL ACTION
13  v.                                |
14  Luxury Divas Corporation          |
15              Defendants.           |
16                                    |
17  _____|

18        THE COURT having been advised by counsel that the above-entitled action has
19  been settled;
20        IT IS THEREFORE ORDERED that this action is hereby dismissed without
21  costs and without prejudice to the right, upon good cause shown within **30 days,** to
22  re-open the action if settlement is not consummated.  This Court retains full
23  jurisdiction over this action and this Order shall not prejudice any party to this action.
24
25
26  Dated:  October 18, 2017      _____
27                               ANDRÉ BIROTTE JR.
                                 UNITED STATES DISTRICT JUDGE
28