# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LUXURY DIVAS CORPORATION, a New Jersey Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: 16-cv-05975-AB-JC<br>*Hon. André Birotte Jr. Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

SO ORDERED.

Dated: March 20, 2018          By: _____
                                     HONORABLE ANDRÉ BIROTTE JR.
                                     U.S. DISTRICT JUDGE